# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE,**  
Suite 115  
**NEW ORLEANS, LA 70130**

March 15, 2021

Ms. Jeannette Clack  
Western District of Texas, Waco  
United States District Court  
800 Franklin Avenue  
Waco, TX 76701

    No. 20-50923   Yieson v. Akwitti  
                        USDC No. 6:20-CV-823

Dear Ms. Clack,

Enclosed is a copy of the judgment issued as the mandate.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        *Melissa Mattingly*  
                        By: _____  
                        Melissa V. Mattingly, Deputy Clerk  
                        504-310-7719

cc w/encl:  
    Mr. Ariel Yieson

# United States Court of Appeals
# for the Fifth Circuit

_____

No. 20-50923
_____

Ariel Yieson,

*Plaintiff—Appellant*,

versus

Warden C. Akwitti; Nurse V. Pollard-Fortson; Milton Togo; Warden D. Lofton; Major L. Lighten; Assistant Warden John Doe; Grievance Department Vicki Cundiff; R. Roberts; Mental Health Department, Texas Department of Criminal Justice, Gatesville; Maintenance Department, Texas Department of Criminal Justice, Gatesville; Assistant Warden John Does; Captain John Does; Douglas Greene, Medical Director; Smith, Medical Department; Kitchen Officer, Hughes Units; Laundry Officer, Hughes Unit,

*Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:20-CV-823

_____

No. 20-50923

CLERK'S OFFICE:

Under 5ᵀᴴ Cɪʀ. R. 42.3, the appeal is dismissed as of March 15, 2021, for want of prosecution. The appellant failed to timely pay the docketing fee.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: *Melissa Mattingly*
Melissa V. Mattingly, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

**Certified as a true copy and issued
as the mandate on Mar 15, 2021**

**Attest:** *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**